**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL FERNANDEZ,              )<br>                                )<br>          Petitioner,          )<br>                                )<br>     v.                         )<br>                                )<br>THE PEOPLE OF THE STATE OF      )<br>CALIFORNIA, COUNTY OF LOS       )<br>ANGELES,                        )<br>          Respondent.           )<br>                                )<br>_____) | NO. CV 12-9037-JAK(E)<br><br><br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS OF<br><br>UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 31, 2013.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2